**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**EARL LEVON BAKER, JR.,**

    *Plaintiff,*

**v.**                                 **Case No.: 1:25cv377-MW/ZCB**

**BRIAN S. KRAMER, et al.,**

    *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. The report and recommendation was returned as undeliverable on March 12, 2026, ECF No. 15, and the Clerk was unable to locate an alternate address to remail it. However, it is Plaintiff's responsibility to keep the Clerk's Office informed of an updated mailing address. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to comply with Court Orders." The

Clerk shall close the file.

**SO ORDERED on March 23, 2026.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**